FILED

JAN 5  3 58 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES,<br>and ARTHUR J. SMITH | |
| PLAINTIFFS, | CIVIL ACTION NO.<br>303 CV 649 (JBA) |
| v. | |
| TETLEY USA, INC. | |
| DEFENDANT. | DECEMBER 31, 2003 |

### MOTION TO MODIFY SCHEDULING ORDER

The Plaintiffs hereby move to modify the Scheduling Order entered on October 2, 2003, as follows:

1. Discovery to be completed by January 16, 2004, in lieu of January 2, 2004. The undersigned reports that as of this date, documentary evidence has been exchanged between the parties. One issue remains with respect to discovery which the parties will attempt to work out. The Plaintiffs have further agreed to provide Defendant, TETLEY

USA, INC., with Affidavits regarding factual allegations, not evident in the documentary evidence, by January 16, 2004, so as to facilitate the determination of the appropriateness of summary judgment motions.

2. The parties jointly request, subject to the court's approval the opportunity to schedule depositions thereafter if same became necessary.

3. The time for filing dispositive motions to be extended to February 16, 2004, in lieu of February 2, 2004. All other dates for opposition briefs, reply and trial readiness to likewise be extended by two weeks.

4. Plaintiffs' counsel discussed this matter with Defendant's counsel, Michael Kolosky, on December 31, 2003. The Defendant does not object to the granting of this motion.

THE PLAINTIFFS

BY: _____
Steven A. Levy
Friedman, Newman, Levy, Sheehan
  & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824
(203) 259-5300
Federal Bar #: ct00130

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 31st day of December, 2003, to all counsel and pro se parties of record, to wit: **Theodore J. Tucci, Esq. and Michael J. Kolosky, Esq.,** Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; and **Alvin Green, Esq.,** The Law Offices of Alvin Green, 145 E. 48th Street, Suite 5F, New York, NY 10017.

_____
Steven A. Levy