UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAMS                                :

v.                                   :    NO. 3:03cv649 (JBA)

TETLEY USA, INC.                     :

### ENDORSEMENT ORDER [DOC. #13]

Motion to Modify Scheduling Order [doc. #13] is GRANTED, with consent, as follows:

1. All discovery will be completed by 1/16/04.

2. Dispositive motions will be filed by 2/16/04.

3. This matter will be deemed trial ready August 2004.

IT IS SO ORDERED.


Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   January 08, 2004