UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VEILA VEYONNE ADAMS, | ) | |
| ANTHONY L. CERRETA, | ) | |
| SALVATORE SAM DIBENEDETTO, | ) | |
| HOWARD DUBMAN, | ) | |
| PETER FONDACO, | ) | |
| GLORIA ANNETTE PEARSON JENKINS, | ) | CIVIL ACTION NO. |
| BARBARA ANNE JOHNSON, | ) | 303 CV 649 (JBA) |
| JOSEPH A. LATTINI, | ) | |
| CRESSIE M. MAYES, Individually and as | ) | |
| Representative of HENRY FOSTER MAYES, | ) | |
| and ARTHUR J. SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| VS. | ) | |
| | ) | FEBRUARY 13, 2004 |
| TETLEY USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED INITIAL MOTION
TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(b), defendant Tetley USA, Inc. ("Tetley") respectfully requests that the deadline for filing dispositive dispositive motions be extended by an additional thirty (30) days, to and including March 15, 2004. As grounds for this motion, Tetley states as follows:

1. Pursuant to the scheduling order dated September 22, 2003, the discovery deadline relating to dispositive motions was set for January 2, 2004. The deadline for filing dispositive motions was February 2, 2004.

1

2. On December 31, 2003, plaintiffs moved to modify the scheduling order by two weeks to allow plaintiffs sufficient time to produce the affidavits and exhibits in support of their claims. Defendant did not object to the granting of plaintiffs' motion.

3. Plaintiffs' motion to modify the scheduling order was granted on January 8, 2004. (Doc. #13.) Accordingly, the discovery deadline was extended to January 16, 2004 and the deadline for filing dispositive motions was set for February 16, 2004.

4. The parties continued informal discovery beyond the January 16, 2004 deadline and were able to amicably resolve all potential discovery disputes relating to the dispositive motion.

5. Discovery relating to the dispositive motions is now complete. Tetley requests that the scheduling order be modified to allow an additional thirty days within which to file dispositive motions.

This is Tetley's first motion to modify the scheduling order. Plaintiffs' counsel consents to this motion being granted.

TETLEY USA, INC.

By_____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Michael J. Kolosky (ct22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, to the following on this 13th day of February, 2004.

Steven A. Levy, Esq.
Friedman, Newman, Levy,
 Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824

Alvin Green
Seham Seham Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

_____
Michael J. Kolosky