UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

ADAMS                              :

                                          *Feb 20   8:21 AM '04*

v.                                 :      NO. 3:03cv649 (JBA)

TETLEY USA, INC.                   :

### ENDORSEMENT ORDER [DOC. #15]

Motion to Modify Scheduling Order [doc. #15] is GRANTED, with consent, as follows:

    1.   Dispositive motions will be filed by 3/16/04.

    2.   This matter will be deemed trial ready September 2004.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    **February 18, 2004**