UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 4  3 20 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES, and<br>ARTHUR J. SMITH<br><br>PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>DEFENDANT. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br><br><br><br><br>FEBRUARY 13, 2004 |

## STIPULATED CONFIDENTIALITY AGREEMENT

WHEREAS Tetley USA, Inc. ("Tetley") will produce the board meeting minutes and the board paper (collectively referred to as the "meeting minutes") relating to the termination of retiree health benefits in response to the plaintiffs' request; and

WHEREAS the board meeting minutes are generally confidential in nature and not within the public domain, the parties agree that the meeting minutes will not be released into the public domain and will be treated as confidential because public disclosure of the meeting minutes could adversely affect or prejudice Tetley.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Until further written agreement by the parties to this action or order of the Court, the dissemination of the Tetley meeting minutes during the course of the action shall be governed by this Stipulated Confidentiality Agreement.

2. Except as otherwise provided in this Stipulated Confidentiality Agreement, the Tetley meeting minutes shall not be disclosed to anyone other than the following persons:

   (a)  The parties, but only to the extent necessary for purposes of this litigation;
   (b)  Attorneys, paralegals, secretaries and other legal support staff for attorneys of record of the parties;
   (c)  Witnesses for depositions or for trial for purposes of preparation therefor, but only to the extent necessary for such preparation;
   (d)  Independent experts or consultants retained by the parties or their counsel in this action for purposes of this litigation;
   (e)  The Court, its personnel and reporters, and those court reporters retained to record depositions; and
   (f)  Such other persons as disclosed and agreed to in advance by all parties to this Stipulated Confidentiality Order in writing.

3. All Tetley meeting minutes shall be used by the persons to whom disclosure is permitted pursuant to this Stipulated Confidentiality Agreement only for pretrial proceedings, settlement negotiations, preparation for trial, conduct of trial, and on appeal. Tetley meeting minutes shall not be used for any other purpose or in any other case.

4. Prior to any disclosure authorized by this Stipulated Confidentiality Agreement, plaintiffs' counsel shall advise any person itemized in subparagraphs 5(a) through 5(d) and subparagraph 5(f) to whom such material is to be disclosed that the parties have agreed that such material shall be kept confidential and may not be disclosed in any form or used for any purpose whatsoever other than as provided in this Stipulated Confidentiality Agreement; and shall provide those persons itemized in paragraph 5(f) with a copy of this Stipulated Confidentiality

Agreement, which will constitute an agreement to abide by the terms of the Stipulated Confidentiality Agreement.

5. The parties shall follow the procedures set forth in Rule 5(d) of the Local Rules of Civil Procedure if the meeting minutes or any portion thereof are attached to or referenced by any filing throughout the course of this litigation.

6. At the conclusion of the above captioned litigation, including any appeal or retrial, all Tetley meeting minutes produced in discovery shall be returned to Tetley or to its undersigned counsel within twenty days of receipt of a request from Tetley or by its authorized representative. In the alternative, plaintiffs may destroy the Tetley meeting minutes rather than return them and certify that such documents have been destroyed. The parties shall have the right to retain one copy of any pleadings, trial testimony, exhibits admitted at trial, depositions and deposition exhibits that contain Tetley meeting minutes or any portion thereof, however, all such materials shall continue to be handled in strict accordance with this Stipulated Confidentiality Agreement.

7. Nothing contained herein shall limit or be deemed to prejudice or waive the right of any entity to seek relief at any time from any of the provisions of this Stipulated Confidentiality Agreement in general or as applied to any particular document, item of material or piece of information, or to seek greater protections than are afforded by this Stipulated Confidentiality Agreement in appropriate circumstances.

8. Nothing contained in this Stipulated Confidentiality Agreement and no action taken pursuant to it shall prejudice the right of any signatory to contest the alleged relevancy, admissibility, or discoverability of the confidential documents and information sought.

9. If plaintiffs receive a subpoena or a request from any person or entity for the production of the Tetley meeting minutes produced to plaintiffs in this litigation, the plaintiffs shall notify the undersigned counsel of the subpoena or request, in writing, within two business days of receipt, to allow Tetley the opportunity to object or respond to the request or subpoena.

10. The Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. For purposes of the Agreement, execution by facsimile shall be treated as an original signature.

THE PLAINTIFFS

By_____
Steven A. Levy (ct00130)
Friedman, Newman, Levy
  Sheehan & Carolan, P.C.
One Elito Place
Fairfield, CT 06824
Tel: (203) 259-5300
Fax: (203) 259-2996

Alvin Green
Seham Seham Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

THE DEFENDANT

By_____
Theodore J. Tacci (ct05249)
Michael J. Kolosky (ct22686)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that the foregoing was mailed this 3rd day of March, 2004, to: all counsel and pro se parties of record, to wit: **Theodore J. Tucci, Esq. and Michael J. Kolosky, Esq.,** Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; and **Alvin Green, Esq.,** The Law Offices of Alvin Green, 145 E. 48th Street, Suite 5F, New York, NY 10017.

Steven A. Levy