UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 4  3 20 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES, and<br>ARTHUR J. SMITH<br><br>PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>DEFENDANT. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br><br><br><br><br><br>FEBRUARY 13, 2004 |

### STIPULATED CONFIDENTIALITY AGREEMENT

WHEREAS Tetley USA, Inc. ("Tetley") will produce the board meeting minutes and the board paper (collectively referred to as the "meeting minutes") relating to the termination of retiree health benefits in response to the plaintiffs' request; and

WHEREAS the board meeting minutes are generally confidential in nature and not within the public domain, the parties agree that the meeting minutes will not be released into the public domain and will be treated as confidential because public disclosure of the meeting minutes could adversely affect or prejudice Tetley.

FILED
MAR 16 12 02 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

3/11/04: IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.