UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VEILA VEYONNE ADAMS, | ) | |
| ANTHONY L. CERRETA, | ) | |
| SALVATORE SAM DIBENEDETTO, | ) | |
| HOWARD DUBMAN, | ) | |
| PETER FONDACO, | ) | |
| GLORIA ANNETTE PEARSON JENKINS, | ) | CIVIL ACTION NO. |
| BARBARA ANNE JOHNSON, | ) | 303 CV 649 (JBA) |
| JOSEPH A. LATTINI, | ) | |
| CRESSIE M. MAYES, Individually and as | ) | |
| Representative of HENRY FOSTER MAYES, | ) | |
| and ARTHUR J. SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| VS. | ) | |
| | ) | |
| TETLEY USA, INC., | ) | |
| | ) | |
| Defendant. | ) | MARCH 15, 2004 |

**UNOPPOSED MOTION
TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(b), defendant Tetley USA, Inc. ("Tetley") respectfully requests that the deadline for filing dispositive motions be extended by an additional twenty-one (21) days, to and including April 6, 2004. As grounds for this motion, Tetley states as follows:

1. Pursuant to the order dated February 18, 2004, the deadline for filing dispositive motions was March 16, 2004.

2. The parties have just discovered the existence of additional documents which may be relevant to the issues raised in Tetley's motion for summary judgment.

3.  Counsel currently do not have copies of the newly discovered documents. Tetley anticipates that it will take 10-14 days to obtain and produce this additional information to plaintiffs.

This is Tetley's second motion to modify the scheduling order. Plaintiffs' counsel consents to this motion being granted.

TETLEY USA, INC.


By_____
  Theodore J. Tucci (ct05249)
  ttucci@rc.com
  Michael J. Kolosky (ct22686)
  mkolosky@rc.com
  Robinson & Cole LLP
  280 Trumbull Street
  Hartford, CT 06103-3597
  Tel. No.: (860) 275-8200
  Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was delivered by facsimile and first-class mail, postage prepaid, to the following on this 15th day of March, 2004.

Steven A. Levy, Esq.
Friedman, Newman, Levy,
  Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824

Alvin Green, Esq.
Seham Seham Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

_____
Michael J. Kolosky