UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES,<br>and ARTHUR J. SMITH,<br><br>    Plaintiffs,<br>VS.<br><br>TETLEY USA, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br><br><br><br><br><br><br>MARCH 15, 2004 |

**UNOPPOSED MOTION
TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(b), defendant Tetley USA, Inc. ("Tetley") respectfully requests that the deadline for filing dispositive motions be extended by an additional twenty-one (21) days, to and including April 6, 2004. As grounds for this motion, Tetley states as follows:

1. Pursuant to the order dated February 18, 2004, the deadline for filing dispositive motions was March 16, 2004.

2. The parties have just discovered the existence of additional documents which may be relevant to the issues raised in Tetley's motion for summary judgment.

1

---

*Handwritten margin note:* 3/19/04: Motion GRANTED, with consent, to and including 4/6/04. This matter will be trial ready 10/04. No further extension will be granted absent a showing of extreme good cause. IT IS SO ORDERED. Dated at New Haven, Connecticut. /s/ Janet Bond Arterton