UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES, and<br>ARTHUR J. SMITH<br><br>    PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>    DEFENDANT. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br><br><br><br>APRIL 6, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Tetley USA Inc. ("Tetley") respectfully moves for summary judgment on all counts in plaintiffs' complaint. The undisputed material facts establish that Tetley is entitled to judgment as a matter of law on each cause of action alleged by plaintiffs. For this reason, and as more fully set forth in the accompanying memorandum of law and Local Rule 56(a)(1) statement, summary judgment should be granted in favor of Tetley.

TETLEY USA INC.

By /s/ Theodore J. Tucci
Theodore J. Tucci (ct05249)
ttucci@rc.com
Michael J. Kolosky (ct22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered to the following on this 6th day of April, 2004:

Steven A. Levy, Esq.
Friedman, Newman, Levy,
 Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824

and sent by first-class mail, postage prepaid, to the following on the 6th day of April, 2004:

Alvin Green, Esq.
Seham, Seham, Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

_____
Theodore J. Tucci