UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VEILA VEYONNE ADAMS, | ) | |
| ANTHONY L. CERRETA, | ) | |
| SALVATORE SAM DIBENEDETTO, | ) | |
| HOWARD DUBMAN, | ) | |
| PETER FONDACO, | ) | |
| GLORIA ANNETTE PEARSON JENKINS, | ) | CIVIL ACTION NO. |
| BARBARA ANNE JOHNSON, | ) | 303 CV 649 (JBA) |
| JOSEPH A. LATTINI, | ) | |
| CRESSIE M. MAYES, Individually and as | ) | |
| Representative of HENRY FOSTER MAYES, and | ) | |
| ARTHUR J. SMITH | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TETLEY USA, INC. | ) | |
| | ) | |
| DEFENDANT. | ) | APRIL 6, 2004 |

**DEFENDANT'S NOTICE OF FILING
CONFIDENTIAL EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 5(d)(2), as adopted in the Stipulated Confidentiality Order dated March 11, 2004, defendant Tetley USA Inc. ("Tetley") hereby gives notice that it is filing the enclosed board paper and meeting minutes under seal with the Clerk of Court. These exhibits contain information that has been designated as confidential in this case.

DEFENDANT,
TETLEY USA INC.

By _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Michael J. Kolosky (ct22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

      This is to certify that a copy of the foregoing was hand-delivered to the following on this 6th day of April, 2004:

Steven A. Levy, Esq.
Friedman, Newman, Levy,
  Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824

and sent by first-class mail, postage prepaid, to the following on the 6th day of April, 2004:

Alvin Green, Esq.
Seham, Seham, Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

                                                                     */s/ Theodore J. Tucci*
                                                                   Theodore J. Tucci