UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES, and<br>ARTHUR J. SMITH | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>303 CV 649 (JBA) |
| PLAINTIFFS, | )<br>) | |
| v. | )<br>) | |
| TETLEY USA, INC. | )<br>) | |
| DEFENDANT. | ) | APRIL 6, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, Tetley USA Inc., has manually filed the following:

> Appendix of Exhibits to Memorandum of Law
> in Support of Motion for Summary Judgment

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The Appendix of Exhibits has been manually served on all parties.

DEFENDANT,
TETLEY USA INC.

By _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Michael J. Kolosky (ct22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered to the following on this 6th day of April, 2004:

Steven A. Levy, Esq.
Friedman, Newman, Levy,
  Sheehan & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824

and sent by first-class mail, postage prepaid, to the following on the 6th day of April, 2004:

Alvin Green, Esq.
Seham, Seham, Meltz & Peterson
145 E. 48th Street, Suite 5F
New York, NY 10017

_____
Theodore J. Tucci