IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES,<br>and ARTHUR J. SMITH<br><br>    PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>    DEFENDANT. | <br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br><br><br>APRIL 23, 2004 |

**UNOPPOSED INITIAL MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(b), Plaintiffs, ADAMS, ET. AL., respectfully request an extension of time of fifteen (15) days to and including May 12, 2004, within which to respond to Defendant's Motion for Summary Judgment. Plaintiffs request this extension because additional time is required for counsel to meet, review the extensive 56(a)(1) Statement, communicate with

their ten clients and prepare an appropriate response and memorandum. This is Plaintiffs' first Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. By telephone conversation on 4/23/04, Defendant's counsel, Theodore Tucci, consented to this motion being granted.

THE PLAINTIFFS

BY: _____
Steven A. Levy
Friedman, Newman, Levy, Sheehan
  & Carolan, P.C.
One Eliot Place
Fairfield, CT 06824
(203) 259-5300
Federal Bar #: ct00130

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 23rd day of April, 2004, to all counsel and pro se parties of record, to wit: **Theodore J. Tucci, Esq. and Michael J. Kolosky, Esq.**, Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; and **Alvin Green, Esq.**, The Law Offices of Alvin Green, 145 E. 48th Street, Suite 5F, New York, NY 10017.

_____
Steven A. Levy