Case 3:03-cv-00649-JBA    Document 29    Filed 05/03/2004    Page 1 of 1

*(handwritten margin note, left side):*
28
Janet Bond Arterton, U.S.D.J.
4/29/04: Motion GRANTED, with consent, to and including 5/12/04.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES,<br>and ARTHUR J. SMITH<br><br>PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>DEFENDANT. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br><br>APRIL 23, 2004 |

## UNOPPOSED INITIAL MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(b), Plaintiffs, ADAMS, ET. AL., respectfully request an extension of time of fifteen (15) days to and including May 12, 2004, within which to respond to Defendant's Motion for Summary Judgment. Plaintiffs request this extension because additional time is required for counsel to meet, review the extensive 56(a)(1) Statement, communicate with