THE PLAINTIFFS


BY:_____
    Steven A. Levy
    Friedman, Newman, Levy, Sheehan
      & Carolan, P.C.
    One Eliot Place
    Fairfield, CT  06824
    Tel: (203) 259-5300
    Fax: (203) 259-2996
    Federal Bar #:  ct00130


BY:_____
    Alvin Green
    145 E. 48th Street, Suite 5F
    New York, New York 10017
    Tel: 212-644-3707
    Fax: 212-644-3709
    Federal Bar #: ct24907
    Pro Hac Vice

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this 12th day of May, 2004, to all counsel and pro se parties of record, to wit: **Theodore J. Tucci, Esq. and Michael J. Kolosky, Esq.,** Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; and **Alvin Green, Esq.,** The Law Offices of Alvin Green, 145 E. 48th Street, Suite 5F, New York, NY 10017.

                                                                       _____
                                                                         Steven A. Levy