IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEILA VEYONNE ADAMS,<br>ANTHONY L. CERRETA,<br>SALVATORE SAM DIBENEDETTO,<br>HOWARD DUBMAN,<br>PETER FONDACO,<br>GLORIA ANNETTE PEARSON JENKINS,<br>BARBARA ANNE JOHNSON,<br>JOSEPH A. LATTINI,<br>CRESSIE M. MAYES, Individually and as<br>Representative of HENRY FOSTER MAYES,<br>and ARTHUR J. SMITH<br><br>PLAINTIFFS,<br><br>v.<br><br>TETLEY USA, INC.<br><br>DEFENDANT. | CIVIL ACTION NO.<br>303 CV 649 (JBA)<br><br><br>MAY 12, 2004 |

**PLAINTIFFS' EXHIBITS**

**EXHIBIT 33**

Exit letter signed by Margaret C. Smith, Benefits Manager, dated March 29, 2000.

**EXHIBIT 34**

Exit letter signed by Margaret C. Smith, Benefits Manager, dated April 3, 2000.

THE PLAINTIFFS

BY: _____
Steven A. Levy
Friedman, Newman, Levy, Sheehan
& Carolan, P.C.
One Eliot Place
Fairfield, CT 06824
Tel: (203) 259-5300
Fax: (203) 259-2996
Federal Bar #: ct00130

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 12th day of May, 2004, to all counsel and pro se parties of record, to wit: **Theodore J. Tucci, Esq. and Michael J. Kolosky, Esq.,** Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; and **Alvin Green, Esq.,** The Law Offices of Alvin Green, 145 E. 48th Street, Suite 5F, New York, NY 10017.

_____
Steven A. Levy

# EXHIBIT 33

*Tetley USA Inc.*
100 Commerce Drive, P.O. Box 856, Shelton, CT 06484-0856, 203-929-9200
VIA CERTIFICATE OF MAILING

March 29, 2000

Mr. James Price
53 Bass Creek Lane
Bluffton, SC  29910-6584

Dear Jim:

In connection with your retirement from Tetley on April 5, 2000, the following describes your benefits upon your retirement.

### Medical Coverage
You are eligible to continue your employee + 1 medical coverage with United HealthCare under the Tetley USA Inc. Retiree Medical Plan, provided that you pay your portion of the cost of this coverage which is 50% of the premium charged by the insurance carrier.  For calendar 2000 this is $294.15 per month.  The percentage that you pay remains the same but the premium to which it is applied is subject to change each January 1, based on the renewal.  We will advise you of the revised amount.  Your medical contribution will be deducted from your severance pay. .  At the end of the severance period, you will need to send us a personal check or money order, payable to Tetley USA Inc., for your medical coverage on a monthly or quarterly basis, at your option.

Please be advised that Tetley reserves the right to change, amend or terminate the Tetley USA Inc. Retiree Medical Plan at any time.

### Dental Coverage
Dental coverage ceases on your last day of work except as indicated on the attached COBRA Notice.  Please read this Notice to find out how to continue your dental coverage.

### Life Insurance
You are eligible to continue your life insurance coverage under the Retiree Life Insurance Plan with Tetley.  Your coverage prior to retirement was as follows:

| Amount of Coverage | Type of Coverage | Monthly Cost ($0.96/$1,000) |
|---|---|---|
| ✓ $ 75,000 | Non-Contributory Coverage | Free |
| $150,000 | 2x Contributory Coverage | $144.00 |
| $225,000 | Total Coverage | $144.00 |

You can continue all or a portion of the coverage at your option.  At age 65, coverage is reduced to 50% of the amount you elect at retirement.  Each year thereafter, it is reduced by an additional 10% until age 69 when the amount of coverage is frozen, subject to a minimum of $5,000.

**Life Insurance - continued**
Please indicate on the attached Retiree Election/Waiver Form the amount of life insurance that you want to retain. **If you keep the contributory portion, your premium will be deducted from your severance pay**. Also enclosed, is a Retiree Life Insurance Beneficiary Designation Form for you to complete. Please return both completed forms to me as soon as possible.

**401(k) Retirement Savings Plan**
Enclosed please find the following forms:

1. Payout Request Form
2. Joint & Survivor Annuity Notice
3. Tax Notice Regarding Plan Payments
4. Fidelity Retirement Kit

You may leave your account in the Tetley Plan until anytime up to age 65. You will continue to have the ability to transfer your existing account balance among the funds offered for investment by the Tetley 401(k) Plan by calling Fidelity at 1-800-835-5097. **If you wish to leave your account with Fidelity, as is, then you do not have to return any paperwork at this time**.

When you are ready to receive your distribution, you have several payment options:

- Lump Sum
- Rollover
- Annuity

Complete the applicable section of the Payout Request Form, sign, date and return to me. The normal form of payment for a married participant is a 100% Joint and Survivor Annuity with your spouse as beneficiary. To determine the monthly annuity amount, call Fidelity at the 1-800 number. If you decide to receive your distribution in a lump sum or roll it over, you must waive the 100% Joint and Survivor Annuity form and your spouse must consent to the waiver. The "Waiver of Joint and Survivor Annuity" Form must be completed and signed by you and your spouse. Your spouse's signature must be notarized.

If you have any questions, please call me directly at (203) 929-9243.

Sincerely,

Margaret C. Smith
Manager, Benefits & HRIS

MCS/slc
Enclosures
E/Price Retiree Letter

# EXHIBIT 34

# Tetley USA Inc

100 Commerce Drive, P.O. Box 856, Shelton, CT 06484-0856, 203-929-9200

VIA CERTIFICATE OF MAILING

April 3, 2000

Ms. Dorothy A. Young
158 Woods Way Drive
Southbury, CT 06488

Dear Dorothy:

In connection with your retirement from Tetley effective April 8, 2000, the following describes your benefits upon your retirement. 

### Medical Coverage
You are eligible to continue your employee only medical coverage with PHS under the Tetley USA Inc. Retiree Medical Plan, provided that you pay your portion of the cost of this coverage which is 50% of the premium charged by the insurance carrier. For calendar 2000 this is $125.43 per month. The percentage that you pay remains the same but the premium to which it is applied is subject to change each January 1, based on the renewal. We will advise you of the revised amount. Your medical contribution will be deducted from your severance pay. At the end of the severance period, you will need to send us a personal check or money order, payable to Tetley USA Inc., for your medical coverage on a monthly or quarterly basis, at your option.

Please be advised that Tetley reserves the right to change, amend or terminate the Tetley USA Inc. Retiree Medical Plan at any time.

### Dental Coverage
Dental coverage ceases on your last day of work except as indicated on the attached COBRA Notice. Please read this Notice to find out how to continue your dental coverage.

### Life Insurance
You are eligible to continue your life insurance coverage under the Retiree Life Insurance Plan with Tetley. Your coverage prior to retirement was as follows:

| Amount of Coverage | Type of Coverage | Monthly Cost ($0/$1,000) |
|---|---|---|
| $41,000 | Non-Contributory Coverage | Free |

You can continue all or a portion of the coverage at your option. At age 65, coverage is reduced to 50% of the amount you elect at retirement. Each year thereafter, it is reduced by an additional 10% until age 69 when the amount of coverage is frozen, subject to a minimum of $5,000.

Please sign and date the attached Retiree Election/Waiver Form authorizing your Retiree Medical & Life Insurance elections. Also enclosed, is a Retiree Life Insurance Beneficiary Designation Form for you to complete. Please return both completed forms to me <u>as soon as possible</u>.

Page 2
Ms. Dorothy A. Young
April 3, 2000

**401(k) Retirement Savings Plan**
Enclosed please find the following forms:

1. Payout Request Form
2. Tax Notice Regarding Plan Payments
3. Fidelity Retirement Kit

You may leave your account in the Tetley Plan until anytime up to age 65. You will continue to have the ability to transfer your existing account balance among the funds offered for investment by the Tetley 401(k) Plan by calling Fidelity at 1-800-835-5097. **If you wish to leave your account with Fidelity, as is, then you do not have to return any paperwork at this time.**

When you are ready to receive your distribution, you have several payment options:

- Lump Sum
- Rollover
- Annuity

Complete the applicable section of the Payout Request Form, sign, date and return to me. To determine the monthly annuity amount, call Fidelity at the 1-800 number.

If you have any questions, please call me directly at (203) 929-9243.

Sincerely,

Margaret C. Smith
Manager, Benefits & HRIS

MCS/slc
Enclosures
E/Young Retiree Letter