UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAMS                           :

v.                              :       NO. 3:03cv649(JBA)

TETLEY USA, INC.                :


ENDORSEMENT ORDER [DOC. #33]

Motion for Extension of Time [doc. #33] is GRANTED, absent objection, to and including 6/7/04.  No further extensions will be granted.  This matter is trial ready 10/01/04.

IT IS SO ORDERED.


Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   May 25, 2004