# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VEILA VEYONNE ADAMS, | : | |
| ANTHONY L. CERRETA | | |
| SALVATORE SAM DiBENEDETTO | | |
| HOWARD DUBMAN | | |
| PETER FONDACO | : | |
| GLORIA ANNETTE PEARSON JENKINS | | |
| BARBARA ANNE JOHNSON | | |
| JOSEPH A. LATTINI | | |
| CRESSIE M. MAYES | | |
| ARTHUR J. SMITH | | |
| v. | : | Civil No. 3:03cv649 (JBA) |
| TETLEY USA, INC. | : | |

## **JUDGMENT**

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on March 9, 2005, the Court entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for all defendant and the case is closed.

Dated at New Haven, Connecticut: March 9, 2005

KEVIN F. ROWE, CLERK

EOD_____

By_____/s/_____
Betty J. Torday
Deputy Clerk